**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DILENIA PAGUADA,** *on behalf of herself and*
*all others similarly situated*,

                          **Plaintiff,**

                **-against-**

**WASHINGTON MUSIC SALES CENTER,**
**INC.,**

                       **Defendant.**

---

**21-CV-03014 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letters regarding Defendant's request for a pre-motion conference in connection with Defendant's anticipated motion to transfer venue pursuant to 28 U.S.C. § 1404(a). ECF Nos. 12, 15. Upon review of the submissions, the Court denies Defendant's request for a pre-motion conference. Defendant is hereby GRANTED leave to file a motion to transfer venue according to the following briefing schedule:

- Opening brief: July 2, 2021
- Opposition brief: July 16, 2021
- Reply brief: July 23, 2021

**SO ORDERED.**

**Dated:**        **June 11, 2021**
                  **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**