**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/31/2022_____

**DILENIA PAGUADA,** *on behalf of herself*
*and all others similarly situated***,**

                              **Plaintiff,**

                  **-against-**

**WASHINGTON MUSIC SALES CENTER,**
**INC.,**

                              **Defendants.**

**21-cv-3014 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

sixty days.

**SO ORDERED.**

Dated:     January 31, 2022
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**